## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

FRIEDRICH & FRIEDRICH, LLC
203 Godwin Avenue
Ridgewood, NJ  07450
(201) 670-9600 – tel
(201) 670-9650 – fax
5 Plume Grass Way
Westhampton, NY 11977
(631) 961-6466 – tel
Attorney for Plaintiff
David B. Friedrich (DF1522)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/10

---

STEVEN MADDEN, LTD.,

                  Plaintiff,

    v.

VESTAL GROUP, INC., A Delaware
Corporation, VESTAL WATCH INC.,
A Delaware Corporation, SM TIMING,
LLC, IRA ROBB, Individually and as
Corporate Officer, JOHN GEHRIS,
Individually and as Corporate Officer and
JOHN AND JANE DOE 1-10 and
ABC Corp. 1-10,

                  Defendants.

Civil Action No.: 09-CIV-5664

**NOTICE OF DISMISSAL**

---

    **TAKE NOTICE** that this matter in the above entitled action having been amicably adjusted by and between the parties is hereby agreed that same be and is hereby dismissed without costs against either party, with prejudice, subject to the parties complying with the Confidential Settlement Agreement and Release executed by all parties.

Dated: May 4, 2010

**SO ORDERED:**

                                  /s/ Peter K. Leisure
                                  Hon. Peter K. Leisure, U.S.D.J.
                                  5/05/10